UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>JERRY BROWN, et al.,<br><br>Defendants. | Case No. 1:16-cv-00615-AWI-MJS (PC)<br><br>**FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR FAILURE TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**FOURTEEN DAY OBJECTION DEADLINE** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on May 2, 2016. (ECF No. 1.)

On June 2, 2016, the Court ordered Plaintiff to submit an application to proceed in forma pauperis by a prisoner or to pay the $400.00 filing fee within forty-five days. (ECF No. 3.) The forty-five day deadline passed without Plaintiff either filing an application to proceed in forma pauperis, paying the applicable fee, or seeking an extension of time in which to do so. On July 22, 2016, the Court issued an order for Plaintiff to show cause why this action should not be dismissed for failure to pay the filing fee or file an application to proceed in forma pauperis, and granted Plaintiff fourteen days to respond. (ECF No. 4.) The fourteen day deadline has passed and Plaintiff has not responded, nor has he filed an application to proceed in forma pauperis or paid the filing fee.

A civil action may not proceed absent the submission of either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915. Based on

1

Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. See In re Phenylpropanolamine (PPA) Products Liability Litigation, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, it is HEREBY RECOMMENDED THAT: This action be DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to pay the filing fee or file an application to proceed in forma pauperis.

This Finding and Recommendation is submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within **fourteen** (14) days after being served with these Findings and Recommendations, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within **fourteen** (14) days after service of the objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   August 19, 2016                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE